**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| NANETTE DOUGLASS, on behalf of herself, | ) | |
| and all others similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  1:15-cv-00307-SEB-DML |
| vs. | ) | |
| | ) | |
| ANTHEM, INC., d/b/a ANTHEM HEALTH, INC., | ) | |
| THE ANTHEM COMPANIES, INC., THE | ) | |
| ANTHEM COMPANIES OF CALIFORNIA, INC. | ) | |
| ANTHEM BLUE CROSS LIFE AND HEALTH | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING**
**RESOLUTION OF THE SECTION 1407 TRANSFER MOTION**

Defendants, Anthem, Inc., The Anthem Companies, Inc., The Anthem Companies of California, Inc., and Anthem Blue Cross Life and Health Insurance Company (collectively, "Anthem"), by and through the undersigned counsel, hereby file this Unopposed Motion to Stay Proceedings Pending Resolution of the Section 1407 Transfer Motion, and in support state as follows:

1.	In this case, Plaintiff Nanette Douglass, alleges that Anthem failed to adequately safeguard members' personal information and that this failure resulted in an intrusion into its information technology systems as more fully detailed in the Brief in Support filed contemporaneously herewith.  More than 80 class actions challenging Anthem's data security practices have been filed over the past few weeks in federal courts across the country.

2.	On February 11, 2015, a Motion for Consolidation and Transfer Under 28 U.S.C. § 1407 ("MDL Transfer Motion") was filed with the Judicial Panel on Multidistrict Litigation

("JPML") to transfer and centralize these overlapping class action suits for consolidated pretrial proceedings in the United States District Court for the Southern District of Indiana, where more than twenty of these actions have been filed.  *In re: Anthem, Inc. Customer Data Security Breach Litigation*, MDL No. 2617 (Dkts. 1, 2).

3.      Responses to the MDL Transfer Motion were filed on March 3 and 4, 2015.  The JPML's next oral argument date is scheduled for May 28, 2015, and a ruling from the JPML on the requested centralization is expected within a few weeks thereafter.

4.      Anthem hereby requests an order staying all proceedings and deadlines in this case pending resolution of the MDL Transfer Motion.

5.      Plaintiff does not oppose this Motion.

6.      As set out more fully in the Brief in Support, a stay pending potential transfer to a requested MDL appropriately conserves judicial resources and should be granted.  The interests of the Court and the parties are best served by staying further pretrial proceedings in this forum pending the JPML's ruling on MDL centralization.

WHEREFORE, Anthem respectfully requests that this Court issue an order staying this action until the JPML rules on the pending MDL Transfer Motion in *In re: Anthem, Inc. Customer Data Security Breach Litigation*, MDL No. 2617 and either (a) a scheduling order is entered by the United States District Court to which the JPML transfers this case governing further proceedings in this case, or (b) if the JPML denies centralization, 21 days after the JPML acts.

Dated: April 7, 2015

Respectfully submitted,

s/ Sally Franklin Zweig_____
Sally Franklin Zweig, No. 11367-49
KATZ & KORIN, PC

2

334 North Senate Avenue
Indianapolis, Indiana  46204
Office: 317.464.1100; Fax: 317.464.1111
E-Mail:  szweig@katzkorin.com

Craig A. Hoover
E. Desmond Hogan
Peter R. Bisio
Allison M. Holt
HOGAN LOVELLS US LLP
Columbia Square, 555 Thirteenth Street, NW
Washington, DC 20004
Phone:  202.637.5600; Fax: 202.637.5910
E-Mail:  craig.hoover@hoganlovells.com
E-Mail:  desmond.hogan@hoganlovells.com
E-Mail:  peter.bisio@hoganlovells.com
E-Mail:  allison.holt@hoganlovells.com

*Counsel for Defendants Anthem, Inc., The Anthem Companies, Inc., The Anthem Companies of California, Inc., and Anthem Blue Cross Life and Health Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April, 2015, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's ECF.  Parties may access this filing through the Court's system:

| | |
|---|---|
| Irwin B. Levin (Pltf)<br>Cohen & Malad, LLP | ilevin@cohenandmalad.com |
| Scott D. Gilchrist (Pltf)<br>Cohen & Malad, LLP | sgilchrist@cohenandmalad.com |
| Richard E. Shevitz (Pltf)<br>Cohen & Malad, LLP | rshevitz@cohenandmalad.com |
| Lynn A. Toops (Pltf)<br>Cohen & Malad, LLP | ltoops@cohenandmalad.com |
| Vess Allen Miller (Pltf)<br>Cohen & Malad, LLP | vmiller@cohenandmalad.com |
| Sally Franklin Zweig (Anthem)<br>Katz & Korin, PC | szweig@katzkorin.com |
| Craig A. Hoover (Anthem)<br>HOGAN LOVELLS US LLP | craig.hoover@hoganlovells.com |
| E. Desmond Hogan  (Anthem)<br>HOGAN LOVELLS US LLP | desmond.hogan@hoganlovells.com |
| Peter R. Bisio (Anthem)<br>HOGAN LOVELLS US LLP | peter.bisio@hoganlovells.com |
| Allison M. Holt (Anthem)<br>HOGAN LOVELLS US LLP | allison.holt@hoganlovells.com |
| Andrew N. Friedman (Pltf)<br>COHEN MILSTEIN<br>   SELLERS & TOLL, PLLC | afriedman@cohenmilstein.com |
| Sally Handmaker (Pltf)<br>COHEN MILSTEIN<br>   SELLERS & TOLL, PLLC | shandmaker@cohenmilstein.com |

I hereby certify that on the 7th day of April, 2015, a copy of the foregoing was served, via U.S. first class mail, postage prepaid, upon the following:

Douglas J. McNamara
COHEN MILSTEIN
   SELLERS & TOLL, PLLC
1100 New York Ave. NW
East Tower, 5th Floor
Washington, DC  20005

s/ Sally Franklin Zweig
Sally Franklin Zweig

Sally Franklin Zweig
KATZ & KORIN, PC
334 North Senate Avenue
Indianapolis, Indiana  46204

Craig A. Hoover
E. Desmond Hogan
Peter R. Bisio
Allison M. Holt
HOGAN LOVELLS US LLP
Columbia Square, 555 Thirteenth Street, NW
Washington, DC 20004