UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NANETTE DOUGLASS, on behalf of herself, and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHEM, INC., d/b/a ANTHEM HEALTH, INC., THE ANTHEM COMPANIES, INC., THE ANTHEM COMPANIES OF CALIFORNIA, INC. ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>    Defendants. | Case No. 1:15-cv-00307-SEB-DML |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE SECTION 1407 TRANSFER MOTION**

This matter came before the Court on Defendants', Anthem, Inc., The Anthem Companies, Inc., The Anthem Companies of California, Inc., and Anthem Blue Cross Life and Health Insurance Company, Unopposed Motion to Stay Proceedings Pending Resolution of the Section 1407 Transfer Motion and the Brief in Support. The Court, being duly advised, hereby GRANTS the motion.

IT IS HEREBY ORDERED THAT this action and all deadlines are stayed until the Judicial Panel on Multidistrict Litigation ("JPML") rules on the pending motion for MDL centralization in *In re: Anthem, Inc. Customer Data Security Breach Litigation*, MDL No. 2617 and either (a) a scheduling order is entered by the United States District Court to which the JPML transfers this case governing further proceedings in this case, or (b) if centralization is denied, 21 days after the JPML acts.

2

Dated: _____      _____
                                    Judge, United States District Court
                                    Southern District of Indiana

cc:     All counsel of record, by operation of the Court's ECF system